**DISMISS; and Opinion Filed March 24, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01413-CV

**OZELLE CANNONIER, Appellant**
**V.**
**DON I. ANYANWU AND JOEL U. OKERE, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09338**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Evans
Opinion by Justice Myers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated November 3, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated November 3, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated January 23, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to

do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Lana Myers/
LANA MYERS
JUSTICE

141413F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OZELLE CANNONIER, Appellant

No. 05-14-01413-CV     V.

DON I. ANYANWU AND JOEL U.
OKERE, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-09338.
Opinion delivered by Justice Myers. Chief
Justice Wright and Justice Evans
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees DON I. ANYANWU AND JOEL U. OKERE recover their costs of this appeal from appellant OZELLE CANNONIER.

Judgment entered this 24th day of March, 2015.